RAY SOKOLSKI, Appellant, *v.* JOSEPH L. BUTTENWIESER et al., Respondents.

*Sokolski* v. *Buttenwieser*, 96 App. Div. 18, affirmed.
(Argued December 11, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1904, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Alton B. Parker* and *Edward W. S. Johnston* for appellant.

*Edward M. Shepard* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

JOHN FERGUSON, Appellant, *v.* TOLEDO, ANN ARBOR AND NORTH MICHIGAN RAILROAD COMPANY, Defendant, and ANN ARBOR RAILROAD COMPANY, Respondent.

*Ferguson* v. *Toledo, A. A. & N. M. R. R. Co.*, 85 App. Div. 352, affirmed.
(Argued December 11, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 24, 1903, affirming a judgment in favor of defendant respondent entered upon a dismissal of the complaint by the court on trial at Special Term.

*John M. Bower* for appellant.

*Howard Mansfield* and *Herbert C. Lakin* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.